■ GENEVA SIMMONS et al., Appellants, v ROBERT RICKS, Respondent, et al., Defendants. (Appeal No. 1.)—Appeal by plaintiff Grover Simmons unanimously dismissed. Judgment in favor of plaintiff Geneva Simmons unanimously reversed on the law without costs and new trial granted in accordance with same memorandum as in *Simmons v Ricks* ([appeal No. 3] 149 AD2d 914). (Appeal from judgment of Supreme Court, Erie County, Wolfgang, J.—negligence.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.

■ GENEVA SIMMONS et al., Appellants, v ROBERT RICKS, Appellant, and GEORGE BAXTER, Respondent, et al., Defendants. (Appeal No. 2.)—Appeal by plaintiff Grover Simmons unanimously dismissed. Judgment in favor of defendant George Baxter unanimously affirmed without costs. Same memorandum as in *Simmons v Ricks* ([appeal No. 3] 149 AD2d 914). (Appeals from judgment of Su-

preme Court, Erie County, Wolfgang, J.—negligence.) Present —Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.